IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| DEE A. RHOADES, ) | |
| ) | |
| Plaintiff, ) | Case No. CV 06-466-E-BLW |
| ) | |
| vs. ) | **JUDGMENT** |
| ) | |
| JAMES PENDELBURY, KELLY D. ) | |
| MALLARD, KIM MARSHAL, JON ) | |
| STOSICH, ) | |
| ) | |
| Defendants. ) | |
| _____) | |

On January 16, 2007, the Court entered an Order dismissing this action without prejudice. Based upon that Order, and the Court being fully advised in the premises, IT IS HEREBY ORDERED AND ADJUDGED that Plaintiff's cause of action is DISMISSED in its entirety without prejudice.



DATED: **January 16, 2007**

_____
Honorable B. Lynn Winmill
Chief U. S. District Judge

**JUDGMENT -1**